Attachment A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Iesha Nicole Armstrong

_____

*Your full name*

**FILED**

**DEC 19 2024**

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

**FEDERAL TORTS CLAIM ACT
COMPLAINT**

v.

Civil Action No.: 5:24-cv-232
*(To be assigned by the Clerk of Court)*

Bailey, Mazzone, Prince

UNITED STATES OF AMERICA

## I.    JURISDICTION

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Section 2671, et seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

## II.    PLAINTIFF

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.    Your full name: Iesha Nicole Armstrong Inmate No.: 11857-899
Address: FCI Tallahassee
P.O. BOX 5000, Tallahassee, FL 32314

## III.    PLACE OF PRESENT CONFINEMENT

Name of
Prison/Institution: FCI Tallahassee

A.    Is this where the events concerning your complaint took place?
☐ Yes    ☒ No

**Attachment A**

If you answered "NO," where did the events occur?

SFF- Hazelton
Bruceton Mills, WV 26525

IV.    **PREVIOUS LAWSUITS**

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?    ☐ Yes    ☒ No

B.    If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.    Parties to this previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

_____

2.    Court: _____
        *(If federal court, name the district; if state court, name the county)*

3.    Case Number: _____

4.    Basic Claim Made/Issues Raised: _____

_____

_____

_____

5.    Name of Judge(s) to whom case was assigned: _____

_____

6.    Disposition: _____
        *(For example, was the case dismissed? Appealed? Pending?)*

7.    Approximate date of filing lawsuit: _____

8.    Approximate date of disposition. Attach copies:_____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
☒ Yes        ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought. I filed a federal tort claim with the Mid-Atlantic Regional office _____

E.    Did you exhaust **ALL** available administrative remedies?
☒ Yes        ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted. I filed a federal tort claim with the mid-Atlantic Regional office _____

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

**Attachment A**

2. Name and location of court and case number: _____

_____

_____

3. Grounds for dismissal:  ☐ frivolous     ☐ malicious
☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _____

5. Approximate date of disposition: _____

## V.    ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA

A. Did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim, with the appropriate BOP Regional Office?
☒ Yes        ☐ No

B. If your answer is "YES," answer the questions below:

1. Identify the type of written claim you filed: FTCA claim (letter)

2. Date your claim was filed: February 17, 2024

3. Amount of monetary damages you requested in your claim:
$350,000.00

4. If you received a written Acknowledgment of receipt of your claim from the BOP, state the:

I.    Date of the written acknowledgment: February 17, 2024
ii.   Claim Number assigned to your claim: TRT-MXR-2024-03299

C. If your claim involves individuals who are employed by government agencies **other than the BOP**, did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim with the appropriate government agencies?    ☐ Yes        ☐ No

---

**Attachment A**

D.  If your answer is "YES," answer the questions below:

1.  Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim:

_____

_____

_____

2.  Identify the type of written claim(s) you filed: _____

_____

3.  Date your claim(s) were filed: _____

4.  Amount of monetary damages you requested in your claim(s):

_____

5.  If you received a written Acknowledgment of receipt of your claim(s), state the:

   I.  Date of the written Acknowledgment: _____

   ii.  Claim Number assigned to your claim: _____

E.  If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.
   ☒ Yes    ☐ No

1.  If you answered "YES," state the:

   I.  Date you requested reconsideration: October 1, 2024

   ii.  Date the agency acknowledged receipt of your request for reconsideration: NO

**Attachment A**

## VI.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case.  **You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining.  Describe exactly what each federal employee did.** Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION.  NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.  (LR PL 3.4.4)***

CLAIM 1: Intentional infliction of emotional distress

Supporting Facts: On September 19, 2023, SIS investigator Woody intentionally and maliciously filed a false report #3828451, stating that he watched the NICEVISION camera and watched me enter a cell where I assaulted inmate Black and he watched me exit with disheveled clothes.

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
SIS Woody - SFF Hazelton; Officer Hand - SFF Hazelton Warden Ray - SFF Hazelton

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?   ☒ Yes      ☐ No

If your answer is "YES," please explain: SIS investigator Woody was investigating an incident, Officer Hand was the SHU officer and Warden Ray was their boss. All are FBOP employees

CLAIM 2: Intentional Infliction of emotional distress

**Attachment A**

Supporting Facts: On 10-17-23, While I was in the SHU for 57 days I was on my menstrual cycle and ran out of toilet paper. Officer Hand refused to give me toilet paper. He said we get 1 rolls per week and when we run out we cannot get more

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
Officer Hand - SFF Hazelton BOP

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☒ Yes    ☐ No

If your answer is "YES," please explain: He was the SHU officer

CLAIM 3: Intentional infliction of emotional distress

Supporting Facts: SFF-Hazelton is my home region it is a 3 hour drive away from my home. I was transferred to FCI Aliceville, a more than 20 drive from my family based only on the fact that SIS Woody lied and filed a false report

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
SIS Woody - SFF-Hazelton FBOP

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☒ Yes    ☐ No

**Attachment A**

If your answer is "YES," please explain: SIS Woody did a lazy, careless investigation of a fight.

CLAIM 4: Loss of property

Supporting Facts: Upon my transfer, SFF-Hazelton threw away an entire box of my property, lied and said I never had a third box and then admitted to region that I did have a third property box but refused to pay me what the box was worth

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: SHU property Officer Vale

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?      ☑ Yes      ☐ No

If your answer is "YES," please explain: He was the SHU property officer

CLAIM 5: Personal Injury

Supporting Facts: While at the transfer center I fainted and injured my left foot, that was never treated. I endured significant pain daily for six months.

**Attachment A**

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_SIS Woody - SFF - Hazelton  FBOP_

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?     ☒ Yes     ☐ No

If your answer is "YES," please explain: _He did a lazy, careless investigation of a fight_

## VII.  INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages. _I fainted while in shackles at the transfer center. My left foot was damaged and never treated. I suffered significant pain for six months. I fainted on 11/20/23._

## VIII.  RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.* _I want to be compensated in the amount of $350,000.00 or an amount that the court deems commensurate._

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___FCI Tallahassee_____ on ___12/2/24_____ .
             (Location)                                        (Date)

_Iesha Armstrong_____
Your Signature